**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1440**

———————

DANIEL E. HEILY,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF COMMERCE; JOHNNIE
FRAZIER, Inspector General, Office of
Inspector General,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, District
Judge.  (CA-04-1070)

———————

Submitted:  September 27, 2005      Decided:  September 29, 2005

———————

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel E. Heily, Appellant Pro Se.  Kevin Jason Mikolashek, Brian
Eugene Bentley, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria,
Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel E. Heily appeals the district court's order dismissing his action seeking relief under the Freedom of Information Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Heily v. United States Dep't of Commerce, No. CA-04-1070 (E.D. Va. Apr. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED